**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **TUGCE C. CAGDAGUL,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | **Civil Action No.** |
| **v.** | **)** | **24-11936-FDS** |
| | **)** | |
| **ARVADA TRANSPORTATION LLC,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |
| | **)** | |

**MEMORANDUM AND ORDER ON**
**ATTORNEY BISTANY'S MOTION TO WITHDRAW**

**SAYLOR, J.**

This action arises from damage sustained to an automobile while it was being transported from Massachusetts to Texas.  Plaintiff Tugce Cagdagul hired defendant Arvada Transportation, LLC, to transport her car from Lawrence, Massachusetts, to Houston, Texas.  Upon delivery, plaintiff discovered significant damage to the car's glass roof.  Because of this damage, plaintiff could not use the car until it was repaired.

On October 8, 2025, plaintiff's attorney, Anthony Bistany, moved to withdraw as counsel.  (Dkt. No. 15).  In support of his motion, attorney Bistany indicated that there had been "an irreconcilable breakdown of the attorney-client relationship," and that plaintiff consented to his withdrawal.  (*Id.* at 1).

Attorney Bistany's motion is GRANTED, effective March 23, 2026, to allow plaintiff time to retain successor counsel, if she chooses to do so.  Otherwise, plaintiff will proceed *pro se* from that point.

Plaintiff is directed to consult Local Rule 83.5.5 of the District of Massachusetts to review the obligations imposed on *pro se* litigants.

**So Ordered.**

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
Dated:  March 10, 2026                    United States District Judge